**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1178**

In re: RAYMOND EDWARD CHESTNUT, a/k/a Snoop, a/k/a Ray,

Petitioner.

On Petition for Writ of Mandamus. (4:05-cr-01044-RBH-1)

Submitted: May 14, 2018                      Decided: May 18, 2018

Before WYNN and THACKER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Raymond Edward Chestnut, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Motion for Reconsideration and his Motion to Dismiss Indictment and Conviction for Lack of Jurisdiction. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court issued text orders denying these motions on February 15, 2018. Accordingly, because the district court has recently acted on Chestnut's motions, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*